UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JEFFREY M. FELDMAN,

               Plaintiff,

    -against-

WALDORF SCHOOL OF GARDEN CITY,

               Defendant.
-------------------------------------------------------------X

**JUDGMENT**
**05-CV-5653(LDW)**

    An arbitration hearing having been held on February 23, 2007, and an award having been entered on April 25, 2007, in favor of the plaintiff, JEFFREY M. FELDMAN, in the amount of $15,000, based upon an assessment that plaintiff suffered damages of $25,000 but finding plaintiff 40% responsible; and no request for a trial de novo having been made, it is

    ORDERED and ADJUDGED that pursuant to Local Civil Rule 83.10, judgment is hereby entered in favor of the plaintiff, JEFFREY M. FELDMAN, and against the defendant, WALDORF SCHOOL OF GARDEN CITY, awarding plaintiff $15,000.

Dated: June 1, 2007

                        Robert C. Heinemann
                        Clerk of Court